# Park *versus* Matthews.

1. The interest or proceeds of a fund in the hands of trustees is liable to at-
tachment.
2. Wherever a party has a right of action, his creditors may attach the debt,
unless it be for wages.

ERROR to the District Court of *Allegheny county.*

*M'Candless,* for plaintiff in error.

*M'Connell, contra.*

The opinion of the court was delivered December 15, 1853, by
BLACK, C. J.—Testatrix bequeathed $5000 to her brother to
be received and held by trustees, and the interest or proceeds
to be annually paid over to the legatee for his use and benefit.
The legatee's creditor attached the interest. We hold that it
was attachable, because it was his in law and equity. If the
trustees had withheld it from him, he could have sued for and
recovered it. Wherever a party has a right of action, his credi-
tors may attach the debt, unless it be for wages.

Judgment affirmed.